UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
RANDY SANCHEZ, on behalf of himself
and all others similarly situated,

                Plaintiffs,

-against-

MACKENZIE-CHILDS, LLC

                Defendant.
-------------------------------------------------------------x

Case No. 1:22-cv-07206-PKC-CLP

**STIPULATION OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff RANDY SANCHEZ ("Plaintiff") and MACKENZIE-CHILDS, LLC ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: May 10, 2023

The Law Office of Noor A. Saab, Esq.

By: _Noor A. Saab_ 5/11/2023
Noor A. Saab Esq.
*Attorney for Plaintiff*
380 North Broadway, Ste 300
Jericho, New York 11753
Tel: 718-740-5060
Email: noorasaablaw@gmail.com

Jackson Lewis P.C.

By: _____
Joseph J. Lynett, Esq.
*Attorney for the Defendant*
666 Third Avenue. 29th Floor
New York, NY 10017
Tel: 914-872-6888
E:Joseph.Lynett@jacksonlewis.com

SO ORDERED:

Dated: _____, 2023

                                                                   _____
United States District Judge